# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES CARBAJAL VELASCO, | Case No. 2:17-cv-05793-AB-JC |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied on the merits and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: September 2, 2021

_____
HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE